■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE JOHNSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People*

*v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maloy, J.—criminal possession of forged instrument, second degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.